with costs, pursuant to the tenth rule. *Mr. W. B. Childers* for plaintiff in error. No appearance for appellee.

---

No. 460. THE GARFIELD MEMORIAL HOSPITAL, PLAINTIFF, IN ERROR, *v.* HENRY B. F. MACFARLAND ET AL., COMMISSIONERS OF THE DISTRICT OF COLUMBIA. In error to the Court of Appeals of the District of Columbia. March 22, 1909. Dismissed with costs on motion of *Mr. James H. Hayden* for the plaintiff in error. *Mr. James H. Hayden* for plaintiff in error. No appearance for defendants in error.

---

No. 116. THE PEOPLE OF THE STATE OF NEW YORK ON THE RELATION OF THE NEW YORK ELECTRIC LINES CO., PLAINTIFFS IN ERROR, *v.* WILLIAM B. ELLISON, COMMISSIONER OF WATER SUPPLY, GAS, AND ELECTRICITY OF THE CITY OF NEW YORK ET AL. In error to the Supreme Court of the State of New York. April 5, 1909. Dismissed with costs on motion of *Mr. Frederic D. McKenney*, in behalf of counsel for the plaintiff in error. *Mr. W. B. Burnet* and *Mr. J. Aspinwall Hodge* for plaintiffs in error. *Mr. F. K. Pendleton* and *Mr. Theodore Connoly* for defendants in error.

---

No. 646. MARIA CRUZ DE GODINES ET AL., APPELLANTS, *v.* FRANCIS H. DEXTER. Appeal from the District Court of the United States for Porto Rico. April 5, 1909. Dismissed with costs on motion of *Mr. Frederic D. McKenney*, in behalf of counsel. *Mr. Willis Sweet* and *Mr. T. D. Mott, Jr.*, for appellants. No appearance for appellee.

---

No. 135. THE ORDER OF RAILROAD TELEGRAPHERS, APPELLANT, *v.* THE LOUISVILLE & NASHVILLE RAILROAD COM-

PANY. Appeal from the Circuit Court of the United States for the Western District of Kentucky. April 7, 1909. Dismissed with costs, pursuant to the sixteenth rule, on motion of *Mr. T. Kennedy Helm* for the appellee. *Mr. Benjamin F. Washer* for appellant. *Mr. James P. Helm, Mr. Henry L. Stone* and *Mr. Benjamin D. Warfield* for appellee.

---

No. 147. EMETERIO ALVAREZ, POTENCIA MARIANO ET AL., PLAINTIFFS IN ERROR, *v.* SEVERINA LERMA MARTINEZ DE ALMEDA. In error to the Supreme Court of the Philippine Islands. April 8, 1909. Dismissed with costs, pursuant to the tenth rule. *Mr. John M. Thurston* for plaintiffs in error. *Mr. Marion Butler, Mr. Josiah M. Vale* and *Mr. Lionel D. Hargis* for defendant in error.

---

No. 160. HUACHUCA WATER COMPANY, APPELLANT, *v.* THE CITY OF TOMBSTONE. Appeal from the Supreme Court of the Territory of Arizona. April 14, 1909. Dismissed with costs, pursuant to the tenth rule. *Mr. Allen R. English* for appellant. *Mr. H. L. Pickett* for appellee.

---

No. 186. THE LOUISVILLE & SOUTHERN INDIANA TRACTION COMPANY, PLAINTIFF IN ERROR, *v.* ZACH T. LEAF. In error to the Supreme Court of the State of Indiana. April 22, 1909. Dismissed with costs, pursuant to the tenth rule. *Mr. Merrill Moores* for plaintiff in error. *Mr. George E. Sullivan* and *Mr. Horace L. B. Atkisson* for defendant in error.

---

No. 595. GREAT NORTHERN RAILWAY COMPANY, PLAINTIFF IN ERROR, *v.* THE UNITED STATES. In error to the Circuit Court of the United States for the Southern District of